STEPHEN M. HAYES (SBN 83583)
STEPHEN P. ELLINGSON (SBN 136505)
JAMIE A. RADACK (SBN 221000)
HAYES SCOTT BONINO
ELLINGSON & GUSLANI LLP
333 Twin Dolphin Drive, Suite 230
Redwood City, California 94065
Telephone: (650) 637-9100
Facsimile: (650) 637-8071

Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

CHRISTOPHER W. WOOD (SBN 193955)
CAMNHUNG T. LE (SBN 319570)
DREYER BABICH BUCCOLA WOOD CAMPORA, LLP
20 Bicentennial Circle
Sacramento, California 95826
Telephone: (916) 379-3500
Facsimile: (916) 379-3599

Attorneys for Plaintiff
JACK MULLIN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK MULLIN,<br><br>   Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, and DOES 1 through 10, Inclusive,<br><br>   Defendants. | CASE NO.: 2:21-CV-02022-JAM-CKD<br><br>**STIPULATION AND ORDER TO REVISE THE COURT'S PRETRIAL SCHEDULING ORDER** |

Having met and conferred with respect to the matters set forth herein, plaintiff Jack Mullin and defendant State Farm Mutual Automobile Insurance Company (the "Parties") hereby stipulate by and through their respective counsel to revise the Court's March 18, 2022 Pretrial Scheduling Order (Dkt 8) as follows:

2009612

## I.
## RECITALS

1. The Parties have agreed to mediate this matter with retired Judge Richard Gilbert. He is not available for mediation until July 13, 2023. The parties have scheduled a mediation with him on that date. The parties wish to avoid unnecessary attorney fees and costs that may be avoided in the event this matter settles at mediation.

2. The parties wish to avoid unnecessary attorney fees and costs that may be avoided in the event the matter settles at mediation. Accordingly, the parties have stipulated to revising the court's scheduling order as follows:

## II.
## STIPULATION

The Parties hereby stipulate to revise the Court's Pre-Trial Scheduling Order as follows:

| | | |
|---|---|---|
| 1. | Expert Disclosure | August 24, 2023 (currently April 24, 2023) |
| 2. | Expert Rebuttal | September 8, 2023 (currently May 8, 2023) |
| 3. | Last day to file Joint Mid-Litigation Statement | October 13, 2023 (currently June 12, 2023) |
| 4. | Discovery Cutoff | October 27, 2023 (currently June 26, 2023) |
| 5. | Deadline to File Dispositive Motions | December 4, 2023 (currently August 4, 2023) |
| 6. | Hearing on Dispositive Motions | February 27, 2024 @ 1:30 p.m. (currently October 17, 2023) |
| 7. | Final Pretrial Conference | April 19, 2024 @ 10:00 a.m. (currently December 1, 2023) |
| 8. | Trial Date | June 3, 2024 @ 9:00 a.m. (currently January 8, 2024) |

/ / /

/ / /

| | | |
|---|---|---|
| 1 | Dated: April 4, 2023 | HAYES SCOTT BONINO ELLINGSON & GUSLANI LLP |
| 2 | | |
| 3 | | By: */S/ Stephen P. Ellingson* |
| | | STEPHEN M. HAYES |
| 4 | | STEPHEN P. ELLINGSON |
| | | JAMIE A. RADACK |
| 5 | | Attorneys for Defendant |
| | | STATE FARM MUTUAL AUTOMOBILE |
| 6 | | INSURANCE COMPANY |
| 7 | Dated: April 4, 2023 | DREYER BABICH BUCCOLA WOOD CAMPORA, LLP |
| 8 | | |
| 9 | | By: */S/ Christopher W. Wood* |
| | | CHRISTOPHER W. WOOD |
| 10 | | CAMNHUNG T. LE |
| | | Attorneys for Plaintiff |
| 11 | | JACK MULLIN |

2009612

**STIPULATION AND ORDER TO REVISE THE COURT'S CASE MANAGEMENT ORDER CASE NO: 2:21-CV-02022-JAM-CKD**

**ORDER**

Pursuant to the Parties' stipulation, the Pre-Trial Scheduling Order is revised as follows:

1. Expert Disclosure  **August 24, 2023**
   (currently April 24, 2023)

2. Expert Rebuttal  **September 8, 2023**
   (currently May 8, 2023)

3. Last day to file Joint Mid-Litigation Statement  **October 13, 2023**
   (currently June 12, 2023)

4. Discovery Cutoff  **October 27, 2023**
   (currently June 26, 2023)

5. Deadline to File Dispositive Motions  **December 4, 2023**
   (currently August 4, 2023)

6. Hearing on Dispositive Motions  **February 27, 2024, at 1:30 p.m.**
   (currently October 17, 2023)

7. Final Pretrial Conference  **April 19, 2024, at 10:00 a.m**.
   (currently December 1, 2023)

**8.** Trial Date  **June 3, 2024, at 9:00 a.m.**
   (currently January 8, 2024)

IT IS SO ORDERED.

Dated: April 06, 2023          /s/ John A. Mendez
                               THE HONORABLE JOHN A. MENDEZ
                               SENIOR UNITED STATES DISTRICT JUDGE

2009612

**STIPULATION AND ORDER TO REVISE THE COURT'S CASE MANAGEMENT ORDER CASE NO: 2:21-CV-02022-JAM-CKD**