STEPHEN M. HAYES (SBN 83583)
STEPHEN P. ELLINGSON (SBN 136505)
JAMIE A. RADACK (SBN 221000)
HAYES SCOTT BONINO ELLINGSON & GUSLANI LLP
333 Twin Dolphin Drive, Suite 230
Redwood City, California 94065
Telephone: (650) 637-9100
Facsimile: (650) 637-8071

Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK MULLIN,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, and DOES 1 through 10, Inclusive,<br><br>Defendants. | CASE NO.: 2:21-cv-02022-JAM-CKD<br><br>**STIPULATION OF DISMISSAL; ORDER**<br><br>**[Fed. Rule Civ. Proc., Rule 41(a)(1)]** |

IT IS HEREBY STIPULATED by plaintiff Jack Mullin by and through his attorney of record, Christopher W. Wood, Esq. of Dreyer Babich Buccola Wood Campora, LLP, and defendant State Farm Mutual Automobile Insurance Company through their attorney of record Stephen P. Ellingson, Esq. of Hayes Scott Bonino Ellingson & Guslani LLP, that the above-captioned action be, and hereby is, **DISMISSED** WITHOUT PREJUDICE pursuant to Federal Rules of Civil Procedure, rule 41(a)(1).  Each side to bear its own attorney fees and costs.

/ / /

/ / /

/ / /

2035296

- 1 -

**STIPULATION OF DISMISSAL; ORDER - CASE NO: 2:21-CV-02022-JAM-CKD**

1
2  Dated:  August 9, 2023                DREYER BABICH BUCCOLA
                                         WOOD CAMPORA, LLP
3
                                         By:  */S/ Christopher W. Wood*
4                                             CHRISTOPHER W. WOOD
                                              Attorneys for Plaintiff
5                                             JACK MULLIN

6  Dated:  August 9, 2023                HAYES SCOTT BONINO
                                         ELLINGSON & GUSLANI LLP
7
                                         By:  */S/ Stephen P. Ellingson*
8                                             STEPHEN M. HAYES
9                                             STEPHEN P. ELLINGSON
                                              Attorneys for Defendant
10                                            STATE FARM MUTUAL AUTOMOBILE
                                              INSURANCE COMPANY
11
12                                            **ORDER**
13     **IT IS SO ORDERED**.
14
15  Dated: August 10, 2023                   /s/ John A. Mendez
                                             THE HONORABLE JOHN A. MENDEZ
16                                           SENIOR UNITED STATES DISTRICT JUDGE
17
18
19
20
21
22
23
24
25
26
27
28

2035296                                      - 2 -
**STIPULATION OF DISMISSAL; ORDER - CASE NO: 2:21-CV-02022-JAM-CKD**